THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION RENTAL COMPANY, Respondent, *v.* THOMAS F. BYRNES et al., Appellants.

*People ex rel. Union Rental Co.* v. *Byrnes,* 179 App. Div. 961, affirmed.

(Argued April 22, 1918; decided May 7, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 3, 1917, which affirmed an order of Special Term sustaining a writ of certiorari and vacating an assessment upon a tunnel or subway maintained by the relator under South Salina street in the city of Syracuse connecting buildings on the opposite sides of the street. The assessment was made upon the theory that a permission granted by the city of Syracuse to the relator's predecessor to construct and maintain the substructure constitute a special franchise. The trial court held that the relator had no special franchise within the meaning of the Tax Law.

*Merton E. Lewis, Attorney-General (Frank Hopkins* of counsel), for appellants.

*Charles P. Ryan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO and MCLAUGHLIN, JJ. Dissenting: CHASE and CUDDEBACK, JJ.